1  **GREENBERG TRAURIG, LLP**
   Ian C. Ballon (SBN 141819)
2  *Ballon@gtlaw.com*
   1900 University Avenue, 5th Floor
3  East Palo Alto, California 94303
4  Telephone: 650-328-8500

5  Rebekah S. Guyon (SBN 291037)
   *GuyonR@gtlaw.com*
6  1840 Century Park East, Suite 1900
7  Los Angeles, California 90067
   Telephone: 310-586-7700
8
   Kristin O'Carroll (SBN 312902)
9  *ocarrollk@gtlaw.com*
   101 Second Street, Suite 2200
10 San Francisco, California 94105-3668
   Telephone: 415-655-1300
11
12 *Attorneys for Defendant 23andMe, Inc.*

13

14              **UNITED STATES DISTRICT COURT**

15           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16

17 MELANIE BERMAN, LISA JONES, LYON         CASE NO. 23-CV-05345
   LEIFER, KATHLEEN CANFIELD LOFTUS,
18 JULIA HAWKINS,                            Hon. Kandis A. Westmore

19      *Plaintiffs*,                        **STIPULATION TO EXTEND TIME TO**
                                             **RESPOND TO COMPLAINT [L.R. 6-1(a)]**
20 v.

21 23ANDME, INC.,

22      *Defendant*.

23

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1(a), 23andMe, Inc. ("Defendant") and Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, and Julia Hawkins ("Plaintiffs") (collectively the "Parties") hereby stipulate and agree that Defendant may have an extension of time, until and including January 15, 2024, to respond to Plaintiffs' Complaint.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on October 19, 2023;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on October 24, 2023;

WHEREAS, Defendant's initial deadline to respond under the Federal Rules of Civil Procedure was November 14, 2023;

WHEREAS, extending Defendant's response deadline will save Party and Court resources by allowing counsel for the Parties to determine an efficient method of litigating this case with many similar suits recently filed in the Northern District of California;

WHEREAS, Northern District of California Local Rule 6-1(a) provides that the extension of time to respond to the complaint is effective without court approval;

NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among Plaintiffs and Defendant that:

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is extended sixty days from November 14, 2023, up to and including January 15, 2024.

DATED: November 8, 2023         GREENBERG TRAURIG, LLP

                                By:    */s/ Rebekah S. Guyon*
                                       Rebekah S. Guyon
                                       Attorneys for Defendant, 23andMe, Inc.


DATED: November 8, 2023         By:    */s/ Ross M. Good*
                                       Ross M. Good
                                       Attorneys for Plaintiffs

ATTESTATION PURSUANT TO LOCAL RULE 5-1:

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

GREENBERG TRAURIG, LLP

DATED:  November 8, 2023       By:       /s/ Rebekah S. Guyon
                                         Rebekah S. Guyon
                                         Attorneys for Defendant, 23andMe, Inc.