UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE BERMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>23ANDME, INC.,<br><br>　　　　Defendant. | Case No. 4:23-cv-05345-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147-EMC.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge