**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS,<br><br>*Plaintiff*,<br><br>v.<br><br>23ANDME, INC.,<br><br>*Defendant*. | CASE NO. 3:23-cv-00287-EMC<br><br>Hon. Edward M. Chen<br><br>**[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

1

[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MDL TRANSFER

Having reviewed the parties' Stipulation to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, and good cause appearing, this Court hereby finds the following:

All proceedings in this case and all pretrial deadlines shall be stayed, including Defendant's deadline to file a response to the Complaint, until the Judicial Panel on Multidistrict Litigation rules on Defendant's Motion to Transfer Actions to the Northern District of California Pursuant to 18 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, *In re: 23andMe, Inc. Litigation*, MDL No. 3098.

Should the JPML deny Defendant's Motion to Transfer, the Parties are ordered to meet and confer regarding the deadlines that have been stayed pursuant to this Order and provide a stipulation to the Court with proposed deadlines for this case within seven (7) days of an order denying Defendant's Motion to Transfer.

**IT IS SO ORDERED.**

DATED: this ___ day of January, 2024

_____
Hon. Edward M. Chen
United States District Court Judge

[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MDL TRANSFER