1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS,

    *Plaintiffs*,

v.

23ANDME, INC.,

    *Defendant*.

CASE NO.  3:23-cv-05345-EMC

Hon. Edward M. Chen

**[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

1
[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MDL TRANSFER

1    Having reviewed the parties' Stipulation to Stay Proceedings Pending Transfer by the Judicial Panel

2  on Multidistrict Litigation, and good cause appearing, this Court hereby finds the following:

3    All proceedings in this case and all pretrial deadlines shall be stayed, including Defendant's

4  deadline to file a response to the Complaint, until the Judicial Panel on Multidistrict Litigation rules on

5  Defendant's Motion to Transfer Actions to the Northern District of California Pursuant to 18 U.S.C. § 1407

6  for Coordinated or Consolidated Pretrial Proceedings, *In re: 23andMe, Inc. Litigation*, MDL No. 3098.

7    Should the JPML deny Defendant's Motion to Transfer, the Parties are ordered to meet and confer

8  regarding the deadlines that have been stayed pursuant to this Order and provide a stipulation to the Court

9  with proposed deadlines for this case within seven (7) days of an order denying Defendant's Motion to

10 Transfer.

11

12 **IT IS SO ORDERED.**

13

14

15

16 DATED:  this __ day of January, 2024

17

18 _____

19 Hon. Edward M. Chen
   United States District Court Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING MDL TRANSFER