LOFTUS & EISENBERG, LTD.
ROSS M. GOOD, ESQ.
(*admitted pro hac vice*)
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: (312) 772-5396
ross@loftusandeisenberg.com

ARON LAW FIRM
WILLIAM ARON, ESQ. (#234408)
15 W Carrillo St, Suite 217
Santa Barbara, CA 93101
T: (805) 618-1768
bill@aronlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT—NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS, <br><br> Plaintiffs, <br><br> v. <br><br> 23ANDME, INC. <br><br> Defendant. | Case No.: 3:23-cv-05345-EMC <br><br> **NOTICE RE UPCOMING MEDIATION** |

1  Plaintiffs MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS, file this notice to underscore their similar concerns with the rushed mediation raised in Plaintiff David Melvin and J.L.'s motion to appoint interim leadership in these actions. *See Melvin v. 23andMe, Inc.*, No. 2024-cv-0048, dkt. 4 (N.D. Cal. Jan. 26, 2024). There has been no self-ordering of the plaintiffs' firms involved in these cases, no leadership structure, and no substantive exchange of information prior to the mediation. Making matters worse, Defendant 23andMe, Inc. is pushing forward a mediation that suffers from all of the flaws pointed out by the *Melvin* brief and more.

Courts are increasingly calling out rushed settlements of significant cases. *See In re TikTok Consumer Privacy Litig.*, MDL No. 2948, dkt. 316 (N.D. Ill. Jan. 25, 2024) ("The court notes the speed at which the original MDL was settled and the at-least-facially unorthodox manner in which this settlement was reached. It is not unusual for a case of such significance to be vigorously litigated for years; yet here the Original Plaintiffs reached a settlement in principle only nine days after the JPML issued its consolidation order.").[1] This case should take a different course, not only because every Class deserves competent representation, but also because it concerns the undersigned that there does not appear to be a full appreciation among all counsel of the unique harms presented in this case. Plaintiffs have also highlighted the issues unique to this data breach case. (Doc. 2, Compl. ¶¶ 3-12).

For that reason, Plaintiffs request that that the Court set an expedited briefing schedule on the motion to appoint interim leadership. The *Melvin* plaintiffs' motion and a Court-ordered briefing schedule may itself prompt efficient self-ordering among the firms which is presently impossible given what's proceeding with the mediation. And even if the Court must appoint leadership, at the very least the Class will be thoughtfully represented and a race to the bottom via a premature mediation prevented.

## **CONCLUSION**

---

[1] The settlement had in fact received final approval before a prior judge, but is generating satellite litigation about the scope of that settlement. Follow-on issues are just one of the problems Plaintiffs hope to avoid with leadership here.

NOTICE RE UPCOMING MEDIATION



Plaintiffs MELANIE BERMAN, JULIA HAWKINS, LISA JONES, LYON LEIFER, AND KATHLEEN CANFIELD LOFTUS, request that the Court enter an expedited briefing schedule on interim leadership.

Dated:  January 30, 2024

Respectfully submitted,

**LOFTUS & EISENBERG, LTD.**

By:   /s/*Ross M. Good*
         Ross M. Good
         Attorneys for Plaintiffs

Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T:  (312) 889-6625
ross@loftusandeisenberg.com
*Pro Hac Vice*

William Aron, Esq.
ARON LAW FIRM
15 W Carrillo St, Suite 217
Santa Barbara, CA 93101
T: (805) 618-1768
bill@aronlawfirm.com

NOTICE RE UPCOMING MEDIATION

